IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **TREY LEE GIBSON,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **KILOLO KIJAKAZI,** ) <br> **ACTING COMMISSIONER OF SOCIAL SECURITY,** ) <br> ) <br> **Defendant.** ) <br> ) | **CIVIL ACTION** <br><br> **No. 23-cv-02013-JWL** |

## JUDGMENT IN A CIVIL CASE

**(  )  JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( X )  DECISION BY THE COURT.** This action came to decision by the Court. The issues have been considered and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED** that pursuant to the Order Granting Defendant's Unopposed Motion To Reverse and Remand Pursuant To Sentence Four (Doc. #14) filed July 11, 2023 the Commissioner's decision be and hereby is **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

Dated: 7/11/2023                                                    SKYLER B. O'HARA, CLERK

                                                                                    s/ Audra Harper
                                                                                    Deputy Clerk

1